UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :

QUERYTRON LLC,

                       Plaintiff,

                                25-CV-4751 (JMF)

     -v-

                                ORDER

ETSY, INC.,

                     Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 11, 2025, Defendant filed its answer and crossclaims against Plaintiff. Under Federal Rule of Civil Procedure 12(a)(1)(B), the deadline to serve a response to Defendant's crossclaims was October 2, 2025. As a courtesy, Plaintiff is granted an extension, *nunc pro tunc*, to **October 9, 2025**. If it fails to respond to the crossclaims by that date, the Court may invite Defendant to move for default judgment.

       SO ORDERED.

Dated: October 3, 2025
       New York, New York
                                                      JESSE M. FURMAN
                                                 United States District Judge