IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Querytron LLC,** | Case No. 1:25-cv-04751-JMF |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Etsy, Inc.,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant Etsy, Inc. WITH PREJUDICE and all counterclaims against Plaintiff Querytron LLC WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.
The Clerk of Court is directed to close this case. All motions are moot. All conferences are canceled.

SO ORDERED.

Dated: October 13, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge